JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY LEE CALLAHAN,**  Plaintiff,  v.  **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,**  Defendant. | NO. EDCV 17-1247-KS  **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: May 29, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE